UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**25-CR-10036-MARTINEZ/SNOW**
CASE NO. _____

18 U.S.C. § 1115

UNITED STATES OF AMERICA

v.

**DANIEL GAVIN COUCH,**

   **Defendant.**

_____/

FILED BY____**BM**____D.C.

**Aug 7, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1.      LIGHTHOUSE PARASAIL, INC. was a Florida and North Carolina corporation operating a commercial parasailing business in Monroe County, in the Southern District of Florida.

2.      The M/V AIRBORNE, Identification Number 1218854, was a 31-foot vessel owned by LIGHTHOUSE PARASAIL whose homeport was in Marathon, Florida, in the Southern District of Florida, and whose primary commercial purpose was parasailing charters.

3.      The M/V AIRBORNE was an inspected passenger vessel under United States Coast Guard ("USCG") regulations, meaning that it was authorized by the USCG for commercial use for six or more paying passengers and subject to USCG regulation as a commercial vessel.

4.      The defendant, **DANIEL GAVIN COUCH**, was a resident of Monroe County and worked for LIGHTHOUSE PARASAIL as the captain and master of the M/V AIRBORNE.

**Seaman's Manslaughter**
**(18 U.S.C. § 1115)**

1.     The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2.     On or about May 30, 2022, in Monroe County, in the Southern District of Florida, and elsewhere, while aboard a vessel subject to the jurisdiction of the United States, the defendant,

**DANIEL GAVIN COUCH,**

being then and there the captain of and other person employed on a vessel, that is, the M/V AIRBORNE, caused the life of any person, that is, S.A., to be destroyed by his misconduct, negligence, and inattention to his duties on said vessel, in violation of Title 18, United States Code, Section 1115.

A TRUE BILL

FOREPERSON

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
ZACHARY A. KELLER
ASSISTANT UNITED STATES ATTORNEY

_____
TANNER STIEHL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

v.

DANIEL GAVIN COUCH,

_____/
Defendant.

**Court Division** (select one)

☐ Miami   ☑ Key West   ☐ FTP
☐ FTL     ☐ WPB

**CASE NO.: 25-CR-10036-MARTINEZ/SNOW**

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)

   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of N/A _____

10. Defendant(s) in state custody as of N/A _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____

Zachary A. Keller
Assistant United States Attorney
SDFL Court ID No.   A5502767

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:      DANIEL GAVIN COUCH

**Case No**: _____

Count #: 1

Seaman's Manslaughter _____

Title 18, United States Code, Section 1115 _____
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**