UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**25-CR-10036-MARTINEZ/SNOW(s)**
CASE NO. _____

18 U.S.C. § 1112
18 U.S.C. § 1115

UNITED STATES OF AMERICA

v.

DANIEL GAVIN COUCH,

Defendant.

_____/

FILED BY_____**BM**_____D.C.

*Apr 9, 2026*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times material to this Indictment:

1.      LIGHTHOUSE PARASAIL, INC. was a Florida and North Carolina corporation operating a commercial parasailing business in Monroe County, in the Southern District of Florida.

2.      The M/V AIRBORNE, Identification Number 1218854, was a 31-foot vessel owned by LIGHTHOUSE PARASAIL whose homeport was in Marathon, Florida, in the Southern District of Florida, and whose primary commercial purpose was parasailing charters.

3.      The M/V AIRBORNE was an inspected passenger vessel under United States Coast Guard ("USCG") regulations, meaning that it was authorized by the USCG for commercial use for six or more paying passengers and subject to USCG regulation as a commercial vessel.

4.      The defendant, **DANIEL GAVIN COUCH**, was a resident of Monroe County and worked for LIGHTHOUSE PARASAIL as the captain and master of the M/V AIRBORNE.

5.      On or about May 30, 2022, **DANIEL GAVIN COUCH** was operating the M/V AIRBORNE as the captain and the master.   Before 5:00 p.m., **DANIEL GAVIN COUCH**

transported at least 11people to waters north of the Old Seven Mile Bridge, near Marathon, Florida, for a parasailing charter.

6.     A storm was forecasted to bring heavy winds to the area where the charter was operating after 5:00 p.m. The weather forecast was broadcasted over the radio and available on mobile applications.

7.     Victim 1, an adult woman, was one of the passengers onboard the M/V AIRBORNE during the parasail charter.

8.     At approximately 5:09 p.m., dark clouds associated with the forecasted storm were present in the sky. The effects of the forecasted storm could be felt as the temperature dropped. Despite the change in weather, Victim 1, Minor 1, and Minor 2 were strapped into the parasail and **DANIEL GAVIN COUCH** hoisted them into the air by using a tow line that was tethered to M/V Airborne.

9.     While Victim1, Minor 1 and Minor 2 were in the air, heavy winds continued to blow and weather conditions visibly worsened in the area where the M/V Airborne was operating. At the completion of the ride, **DANIEL GAVIN COUCH** unsuccessfully tried to retrieve the parasail by reeling the tow line toward M/V Airborne. The sustained winds overpowered the wench, and **DANIEL GAVIN COUCH** was unable to reel in the parasail.

10.     With the parasail still tethered to M/V AIRBORNE, **DANIEL GAVIN COUCH** began to fear the M/V AIRBORNE would be dragged toward the Old Seven Mile Bridge or onto a nearby shoal. Without first calling for assistance, **DANIEL GAVIN COUCH** retrieved a pocket knife and cut the tow line to release the parasail from M/V AIRBORNE.

11.     When the rope was cut, Victim 1, Minor 1, and Minor 2 were still harnessed to the parasail. Victim 1, Minor 1, and Minor 2 were dragged for approximately three miles, at  speeds

that reached approximately 25 miles per hour, before they ultimately hit a concrete piling attached to the Old Seven Mile Bridge.

## COUNT 1
### Voluntary Manslaughter
### (18 U.S.C. § 1112)

1.      The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2.      On or about May 30, 2022, in Monroe County, in the Southern District of Florida, and elsewhere, within the special maritime and territorial jurisdiction of the United States, the defendant,

**DANIEL GAVIN COUCH,**

did, without malice, unlawfully kill another human being, S.A., in the heat of passion, that is, by cutting the tow line that tethered S.A.'s parasail to the M/V AIRBORNE, thus causing S.A. to drown, in violation of Title 18, United States Code, Sections 7(1) and 1112.

## COUNT 2
### Seaman's Manslaughter
### (18 U.S.C. § 1115)

1.      The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2.      On or about May 30, 2022, in Monroe County, on navigable waters of the United States, within the Southern District of Florida, within the admiralty jurisdiction of the United States, and elsewhere, the defendant,

**DANIEL GAVIN COUCH,**

being then and there the captain of and other person employed on a vessel, that is, the M/V AIRBORNE, by whose misconduct, negligence, and inattention to his duties on said vessel, caused

3

the life of S.A. to be destroyed, in violation of Title 18, United States Code, Section 1115.

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BREEZYE TELFAIR
ASSISTANT UNITED STATES ATTORNEY

TANNER STIEHL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: 25-CR-10036-JEM(s)

v.

**CERTIFICATE OF TRIAL ATTORNEY**

DANIEL GAVIN COUCH,

_____ /

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants ___0___

**Court Division** (select one)

☐ Miami  ☑ Key West  ☐ FTP
☐ FTL  ☐ WPB

Total number of new counts ___1___

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take ___5___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)

   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Jose E. Martinez          Case No. 25-CR-10036

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____

Breezye Telfair
Assistant United States Attorney
FL Bar No.          18055

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   DANIEL GAVIN COUCH

**Case No**:  25-CR-10036-JEM(s)

Count #: 1

Voluntary Manslaughter

Title 18, United States Code, Section 1112
* **Max. Term of Imprisonment:** 15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #: 2

Seaman's Manslaughter

Title 18, United States Code, Section 1115
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**